FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB -5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN GRAYSON and JAYLAE PRUITT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAMA BHANJA ENTERPRISES, LLC, ) <br> HUDDLE HOUSE, INC., SHAMEET ) <br> DESAI, and RAVIN TALATI, ) <br> ) <br> Defendants. ) | Civil Action File No. <br> 1:17-cv-04667-ODE |

## ORDER APPROVING SETTLEMENT

Plaintiffs and Defendants filed a Joint Motion for Approval of a proposed Settlement Agreement. Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of the Plaintiffs' claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the Settlement Agreement is approved. The Parties are directed to file a Joint Stipulation of Dismissal with Prejudice following receipt of the settlement payments as set forth in the Settlement Agreement. The parties shall bear their own costs.

SO ORDERED this _5_ day of _February_, 2018.

_____
HONORABLE ORINDA D. EVANS
SENIOR U.S. DISTRICT JUDGE